[No. 30775-8-II.   Division Two.   June 2, 2004.]

WILLIAM T. WADE, *Appellant*, v. THE DEPARTMENT OF FISH AND WILDLIFE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-00732-2, Richard A. Strophy, J., entered August 22, 2003. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 21901-1-III.   Division Three.   June 3, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS CRAIG ROSE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-01142-3, Robert G. Swisher, J., entered March 14, 2003. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.

[No. 22243-8-III.   Division Three.   June 3, 2004.]

*In the Matter of the Estate of* EVA MAY LENZ.

Appeal from a judgment of the Superior Court for Spokane County, No. 83-4-00479-1, Kathleen M. O'Connor, J., entered June 26, 2003. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Brown, JJ.

[No. 22310-8-III.   Division Three.   June 3, 2004.]

DONALD D. REICHERT, *Appellant*, v. COWLES PUBLISHING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-05957-5, Kathleen M. O'Connor, J., entered July 25, 2003. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Kurtz, J.